UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **BRENDA LIZOTTE,**<br><br>          Plaintiff,<br><br>     v.<br><br>**VERIZON COMMUNICATIONS,<br>INC., d/b/a VERIZON WIRELESS,**<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)     Civil Action Docket No.: 2:21-cv-00052-JDL<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendant are dismissed with prejudice and without attorney's fees or costs to either party, and waiving all rights of appeal.

Dated: June 27, 2022        */s/ Danielle Quinlan*
    _____
    Danielle Quinlan, Esq. Bar No. 5480
    *Attorney for Plaintiff*
    WHITE & QUINLAN, LLC
    62 Portland Road, Suite 21
    Kennebunk, Maine 04043
    (207) 502-7484
    *dquinlan@whiteandquinlan.com*

    */s/ Melinda J. Caterine*
    *Melinda J. Caterine (Bar No. 007129) LITTLER*
    *MENDELSON, P.C.*
    *One Monument Square, Suite 600 Portland, ME*
    *04101*
    *Phone: 207.774.6001*
    *mcaterine@littler.com*
    *Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

    I, Danielle Quinlan, hereby certify that on this 27th day of June, 2022, I served the foregoing Stipulation of Dismissal with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: June 27, 2022                  */s/ Danielle Quinlan*

                                             Danielle Quinlan, Esq. Bar No. 5480
                                             *Attorney for Plaintiff*
                                             WHITE & QUINLAN, LLC
                                             62 Portland Road, Suite 21
                                             Kennebunk, Maine 04043
                                             (207) 502-7484
                                             *dquinlan@whiteandquinlan.com*